BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>APPROXIMATELY $34,251.43 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 000905941180,  HELD IN THE NAME ARMANDO FLORES VASQUEZ,  and<br><br>APPROXIMATELY $2,043.62 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 000905548374,  HELD IN THE NAME ARMANDO FLORES VASQUEZ,<br><br>　　　　Defendants. | 2:13-MC-00107-TLN-CKD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

　　　　It is hereby stipulated by and between the United States of America and claimant Armando Flores Vazquez ("claimant"), by and through their respective counsel, as follows:

　　　　1.　　On or about July 15, 2013, claimant Armando Flores Vazquez filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the Approximately $34,251.43 in U.S. Currency seized from Bank of America

1
Stipulation to Extend Time to File Complaint

Account Number 000905941180 and the Approximately $2,043.62 in U.S. Currency seized from Bank of America Account Number 000905548374 (hereafter "defendant funds"), which were seized on May 6, 2013.

2. The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was October 11, 2013.

4. By Stipulation and Order filed October 8, 2013, the parties stipulated to extend to January 9, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to April 9, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

///
///
///
///
///
///

Stipulation to Extend Time to File Complaint

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to April 9, 2014.

Dated:  1/8/14

BENJAMIN B. WAGNER
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:  1/8/14

/s/ William A. Harrison
WILLIAM A. HARRISON
Attorney for Claimant
Armando Flores Vasquez
(As authorized via telephone 1/8/14)

IT IS SO ORDERED.

Dated: January 8, 2014

Troy L. Nunley
United States District Judge