1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              2:13-MC-00107-TLN-CKD

12 |        Plaintiff,

13 |        v.                             STIPULATION AND ORDER
                                           EXTENDING TIME FOR FILING
14 | APPROXIMATELY $34,251.43 IN U.S.      A COMPLAINT FOR FORFEITURE
     CURRENCY SEIZED FROM BANK OF          AND/OR TO OBTAIN AN
15 | AMERICA ACCOUNT NUMBER                INDICTMENT ALLEGING
     000905941180,  HELD IN THE NAME       FORFEITURE
16 | ARMANDO FLORES VASQUEZ,  and

17 | APPROXIMATELY $2,043.62 IN U.S.
     CURRENCY SEIZED FROM BANK OF
18 | AMERICA ACCOUNT NUMBER
     000905548374,  HELD IN THE NAME
19 | ARMANDO FLORES VASQUEZ,

20 |        Defendants.

21 |

22         It is hereby stipulated by and between the United States of America and claimant

23  Armando Flores Vazquez ("claimant"), by and through their respective counsel, as

24  follows:

25         1.     On or about July 15, 2013, claimant Armando Flores Vazquez filed a claim,

26  in the administrative forfeiture proceedings, with the Internal Revenue Service with

27  respect to the Approximately $34,251.43 in U.S. Currency seized from Bank of America

28

                                        1

Account Number 000905941180 and the Approximately $2,043.62 in U.S. Currency seized from Bank of America Account Number 000905548374 (hereafter "defendant funds"), which were seized on May 6, 2013.

2.     The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was October 11, 2013.

4.     By Stipulation and Order filed October 8, 2013, the parties stipulated to extend to January 9, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.     By Stipulation and Order filed January 9, 2014, the parties stipulated to extend to April 9, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to July 8, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

///

///

Stipulation and Order to Extend Time to File Complaint

7.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to July 8, 2014.

Dated:    4/9/14                                    BENJAMIN B. WAGNER
                                                   United States Attorney

                                                   /s/ Kevin C. Khasigian
                                                   KEVIN C. KHASIGIAN
                                                   Assistant U.S. Attorney


Dated:    4/9/14                                    /s/ William A. Harrison
                                                   WILLIAM A. HARRISON
                                                   Attorney for Claimant
                                                   Armando Flores Vasquez

                                                   (As authorized via telephone)


IT IS SO ORDERED.

Dated: April 9, 2014


                                                   Troy L. Nunley
                                                   United States District Judge

3

Stipulation and Order to Extend Time to File
Complaint