BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-MC-00107-TLN-CKD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $34,251.43 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 000905941180,  HELD IN THE NAME ARMANDO FLORES VASQUEZ,  and | |
| APPROXIMATELY $2,043.62 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 000905548374,  HELD IN THE NAME ARMANDO FLORES VASQUEZ, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimant Armando Flores Vazquez ("claimant"), by and through their respective counsel, as follows:

1. On or about July 15, 2013, claimant Armando Flores Vazquez filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the Approximately $34,251.43 in U.S. Currency seized from Bank of America

1

1  Account Number 000905941180 and the Approximately $2,043.62 in U.S. Currency seized
2  from Bank of America Account Number 000905548374 (hereafter "defendant funds"),
3  which were seized on May 6, 2013.

4      2.    The Internal Revenue Service has sent the written notice of intent to forfeit
5  required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has
6  expired for any person to file a claim to the defendant funds under 18 U.S.C. §
7  983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant
8  funds as required by law in the administrative forfeiture proceeding.

9      3.    Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a
10 complaint for forfeiture against the defendant funds and/or to obtain an indictment
11 alleging that the defendant funds are subject to forfeiture within ninety days after a
12 claim has been filed in the administrative forfeiture proceedings, unless the court extends
13 the deadline for good cause shown or by agreement of the parties.  That deadline was
14 October 11, 2013.

15     4.    By Stipulation and Order filed October 8, 2013, the parties stipulated to
16 extend to January 9, 2014, the time in which the United States is required to file a civil
17 complaint for forfeiture against the defendant funds and/or to obtain an indictment
18 alleging that the defendant funds are subject to forfeiture.

19     5.    By Stipulation and Order filed January 9, 2014, the parties stipulated to
20 extend to April 9, 2014, the time in which the United States is required to file a civil
21 complaint for forfeiture against the defendant funds and/or to obtain an indictment
22 alleging that the defendant funds are subject to forfeiture.

23     6.    By Stipulation and Order filed April 11, 2014, the parties stipulated to
24 extend to July 8, 2014, the time in which the United States is required to file a civil
25 complaint for forfeiture against the defendant funds and/or to obtain an indictment
26 alleging that the defendant funds are subject to forfeiture.

27     7.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an
28 extension to July 8, 2014, the time in which the United States is required to file a civil

Stipulation to Extend Time to File Complaint

complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

8. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to October 6, 2014.

Dated: 7/2/14

BENJAMIN B. WAGNER
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 7/2/14

/s/ William A. Harrison
WILLIAM A. HARRISON
Attorney for Claimant
Armando Flores Vasquez

(As authorized via telephone)

IT IS SO ORDERED.

Dated: July 3, 2014

Troy L. Nunley
United States District Judge