1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    2:13-MC-00107-TLN-CKD

12              Plaintiff,

13       v.                                       STIPULATION AND ORDER
                                                  EXTENDING TIME FOR FILING
14  APPROXIMATELY $34,251.43 IN U.S.              A COMPLAINT FOR FORFEITURE
    CURRENCY SEIZED FROM BANK OF                  AND/OR TO OBTAIN AN INDICTMENT
15  AMERICA ACCOUNT NUMBER                        ALLEGING FORFEITURE
    000905941180,  HELD IN THE NAME
16  ARMANDO FLORES VASQUEZ,  and

17  APPROXIMATELY $2,043.62 IN U.S.
    CURRENCY SEIZED FROM BANK OF
18  AMERICA ACCOUNT NUMBER
    000905548374,  HELD IN THE NAME
19  ARMANDO FLORES VASQUEZ,

20              Defendants.

21

22       It is hereby stipulated by and between the United States of America and claimant Armando

23  Flores Vasquez ("claimant"), by and through their respective counsel, as follows:

24       1.      On or about July 15, 2013, claimant Armando Flores Vasquez filed a claim, in the

25  administrative forfeiture proceedings, with the Internal Revenue Service with respect to the

26  Approximately $34,251.43 in U.S. Currency seized from Bank of America Account Number

27  000905941180 and the Approximately $2,043.62 in U.S. Currency seized from Bank of America

28

                                    1

                                              Stipulation to Extend Time to File Complaint

Account Number 000905548374 (hereafter "defendant funds"), which were seized on May 6, 2013.

2. The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was October 11, 2013.

4. By Stipulation and Order filed October 8, 2013, the parties stipulated to extend to January 9, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. By Stipulation and Order filed January 9, 2014, the parties stipulated to extend to April 9, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6. By Stipulation and Order filed April 11, 2014, the parties stipulated to extend to July 8, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

7. By Stipulation and Order filed July 7, 2014, the parties stipulated to extend to October 6, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

8. By Stipulation and Order filed October 3, 2014, the parties stipulated to extend to December 5, 2014, the time in which the United States is required to file a civil complaint for forfeiture

Stipulation to Extend Time to File Complaint

against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

9.      By Stipulation and Order filed December 8, 2014, the parties stipulated to extend to February 3, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

10.     By Stipulation and Order filed February 2, 2015, the parties stipulated to extend to April 3, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

11.     By Stipulation and Order filed April 6, 2015, the parties stipulated to extend to May 4, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

12.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to July 3, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

///
///
///
///
///
///
///
///
///
///

Stipulation to Extend Time to File Complaint

1        13.     Accordingly, the parties agree that the deadline by which the United States shall be

2  required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment

3  alleging that the defendant funds are subject to forfeiture shall be extended to July 3, 2015.

4  Dated:    5/1/15                         BENJAMIN B. WAGNER
                                             United States Attorney

5

6                                     /s/ Kevin C. Khasigian
                                          KEVIN C. KHASIGIAN
                                         Assistant U.S. Attorney

7

8

9  Dated:    5/1/15                        /s/ William A. Harrison
                                          WILLIAM A. HARRISON

10                                         Attorney for Claimant
                                         Armando Flores Vasquez

11                                         (As authorized via email)

12

13         IT IS SO ORDERED.

14  Dated:  May 4, 2015

15

16

17                                  Troy L. Nunley
                                    United States District Judge

18

19

20

21

22

23

24

25

26

27

28